MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FREDERICK C. OLIVER,<br><br>    Defendant. | Case No. 5:25-po-00188-CDB<br><br>[Citation #F5458768, CA/35]<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #F5458768, CA/35] in Case No. 5:25-po-00188-CDB against FREDERICK C. OLIVER, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 25, 2025               Respectfully submitted,

                                   MICHELE BECKWITH
                                   Acting United States Attorney

                            By:    /s/ *Chan Hee Chu*
                                   CHAN HEE CHU
                                   Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that [Citation #F5458768, CA/35] in Case No. 5:25-po-00188-CDB against FREDERICK C. OLIVER be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **June 25, 2025**

UNITED STATES MAGISTRATE JUDGE